**SO ORDERED.**
**SIGNED this 6th day of September, 2017**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

JOHN CHRISTOPHER GIBBS

Debtor

Case No. 3:17-bk-32137-SHB
Chapter 13

## O R D E R

The Court, on its own motion, directs Keith L Edmiston to appear on September 20, 2017, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why he should not be sanctioned, including but not limited to disgorgement of compensation, for his failure to adequately represent Debtor and his failure to appear at the September 6, 2017 hearing on the Trustee's Amended Motion to Dismiss filed on August 10, 2017.

###